# EXHIBIT 1

# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# COURT OF COMMON PLEAS OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
29 OCT 2025 05:06 pm
S. GILLIAM

SEAN ROBINSON,
600 E Luzerne Street
Philadelphia, PA 19124

Plaintiff,

v.

ALLIED UNIVERSAL,
1617 JFK Boulevard, Suite 960
Philadelphia, PA 19103

161 Washington Street, Suite 600
Conshohocken, PA 19428
Defendant

## NOTICE TO DEFEND

### NOTICE

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

***You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.***

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

***Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.***

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**IN THE COURT OF COMMON PLEAS OF**
**PHILADELPHIA COUNTY PENNSYLVANIA**

| | | |
|---|---|---|
| **SEAN ROBINSON,**<br>**600 E Luzerne Street**<br>**Philadelphia, PA 19124** | : | |
| **Plaintiff,** | : | **____________ Term 20___** |
| **v.** | : | **No.** |
| **ALLIED UNIVERSAL,**<br>**1617 JFK Boulevard, Suite 960**<br>**Philadelphia, PA 19103** | : | **Complaint and Jury Demand** |
| **161 Washington Street, Suite 600**<br>**Conshohocken, PA 19428** | : | |
| **Defendant.** | : | |

**CIVIL ACTION**

This complaint is brought pursuant to the Pennsylvania Criminal History Records Information Act (the "Act") at 18 P.S. §§ 9101 *et. seq.* for damages resulting from improper failure to hire due to criminal history.

**PARTIES**

1. Plaintiff Sean Robinson (hereinafter, "Plaintiff") is an African American male and citizen of the United States currently residing at 600 E Luzerne Street, Philadelphia, PA 19124.
2. Defendant Allied Universal (hereinafter, "Defendant") is a security services provider with a location at 1617 JFK Boulevard, Suite 960, Philadelphia, PA 19103 and with a corporate headquarters located at 161 Washington Street, Suite 600, Conshohocken, PA 19428.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction because the action arises under a law of the State of Pennsylvania, and under 18 P.S. §9183(b)(1), which specifically allows actions for damages by aggrieved parties for violations of the Act.

4. This Court additionally has jurisdiction over Defendant because Defendant does business in the Commonwealth of Pennsylvania.

5. Venue in Philadelphia County is appropriate because the actions giving rise to this cause of action occurred in or around Philadelphia County.

**FACTS**

6. Plaintiff incorporates the preceding paragraphs as if set forth at length herein.

7. In or around April 2025, Plaintiff applied for the position of Security Guard with Defendant.

8. Plaintiff was well qualified for the position.

9. On or about May 1, 2025, Plaintiff interviewed for the Security Guard position with Defendant.

10. Plaintiff dressed casually to the interview, as the email Defendant sent to him regarding the scheduling of the interview did not specify what Plaintiff should wear.

11. When Plaintiff arrived to the interview, the Hiring Manager (Caucasian) asked him about his apparel and stated that the email scheduling the interview instructed Plaintiff to dress up.

12. Plaintiff showed the Hiring Manager that the email did not specify what Plaintiff should wear.



Case ID: 251003622

13. However, the Hiring Manager continued on about how Plaintiff should have worn different attire to the interview.

14. Plaintiff agreed with the Hiring Manager and offered to go back home to change and reschedule his interview.

15. However, the Hiring Manager told Plaintiff, "Oh you're a felon, we don't hire felons," or words to that effect.

16. Plaintiff had a non-violent gun charge as his criminal background, but Defendant did not request information regarding his criminal background during his application.

17. Importantly, Defendant hires individuals with a criminal background, as Plaintiff previously worked for Defendant in or around 2021.

18. The Hiring Manager continued to tell Plaintiff to burn his clothes and refused to interview him.

19. Plaintiff's criminal history did not affect his suitability for his position of Security Guard.

**COUNT I – FAILURE TO HIRE**
**PENNSYLVANIA'S CRIMINAL HISTORY RECORD INFORMATION ACT**

20. Plaintiff incorporates the preceding paragraphs as if the same were set forth herein.

21. Pennsylvania's Criminal History Record Information Act ("CHRIA" or the "Act") prohibits employers from denying employment to individuals based on a criminal conviction that does not relate to the individual's suitability for the position at issue. See 18 Pa. C.S.A. § 9125(b).

22. The Act also requires employers to notify applicants in writing if the decision not to hire the applicant is based in whole or in part on criminal history record information. See 18 Pa. C.S.A. § 9125(c).



Case ID: 251003622

23. 18 P.S. §9125(a) provides that: "Whenever an employer is in receipt of information which is part of an employment applicant's criminal history record information file, it may use that information for the purpose of deciding whether or not to hire the applicant, only in accordance with this section."

24. 18 P.S. §9125(b) states that: "Felony and misdemeanor convictions may be considered by the employer only to the extent to which they relate to the applicant's suitability for employment in the position for which he has applied."

25. In the instant case, Defendant denied Plaintiff employment based on Plaintiff's criminal history that in no way relate to his suitability for the position at issue.

26. Defendants denied Plaintiff employment on the basis of his criminal history despite its total lack of relation to Plaintiff's suitability for employment, which is a violation of the Act.

27. Plaintiff also did not receive the rejection of his employment in writing from Defendant, which also is a violation of the Act.

**WHEREFORE**, Plaintiff prays that this Court grant him compensatory damages equal to her actual and real damages, punitive damages for Defendant's willful violation of the Act, and attorneys' fees and costs associated with prosecuting this litigation, and any other equitable and/or legal relief as this Court may deem appropriate.

Respectfully submitted,

**KOLLER LAW LLC**

Dated: October 29, 2025 BY: __*/s/ David M. Koller*__

David M. Koller, Esquire (90119)
Jordan D. Santo, Esquire (320573)
2043 Locust St. Ste. 1B
Philadelphia, PA 19103
Ph: (215) 545-8917
Fax: (215) 575-0826
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com

*Counsel for Plaintiff*

# VERIFICATION

I, Sean Robinson, do hereby verify that I am the Plaintiff in the foregoing action; and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements made in the Verification are subject to the penalties of 18 Pa, C.S.A. 4904, relating to unsworn statements.

Date: Oct 28, 2025

Sean Robinson (Oct 28, 2025 17:21:29 EDT)

Sean Robinson